UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHANE DALE BROWN,**

          Plaintiff,

v.

**ERIC D. HOLBROOK,**

          Defendant.

Case No. 2:18-cv-171
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

On March 26, 2018, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 5) recommending dismissal of Plaintiff's Amended Complaint as barred by the statute of limitations.

The time for filing objections has passed, and no objections have been filed to the Report and Recommendation or the Supplemental Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation and Supplemental Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court DISMISSES this action as time-barred.

**IT IS SO ORDERED.**

4-23-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE